**FILED**

**JUL 2 9 2015**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| David Earl Wattleton, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:15-cv-01221 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 7/29/2015 |
| ) | Description: Pro Se Gen. Civil (F) |
| Loretta E. Lynch, ) | |
| ) | |
| Defendant. ) | |

## DISMISSAL ORDER

The complaint initiating this action is substantially the same as plaintiff's earlier complaint dismissed on res judicata grounds. *Wattleton v. Holder*, No. 14-281 (UNA) (D.D.C. Feb. 21, 2014), *aff'd*, No. 14-5064 (D.C. Cir. Jun. 12, 2014). For the reasons stated in the Memorandum Opinion supporting the dismissal of the prior case and attached to this order, it is this 22 day of July 2015,

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED, and this action is DISMISSED with prejudice. This is a final appealable Order.

_____
United States District Judge